UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  8:21–cv–00573–CJC–ADS     Date  5/19/2021
Title  JAMES RUTHERFORD V. DONUT STAR ET AL

---

Present :  The Honorable  CORMAC J. CARNEY, U.S. DISTRICT JUDGE

|  Cheryl Wynn  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

Having been advised by a Notice of Settlement [19] that the case has been settled in its entirety, the Court hereby orders this action dismissed without prejudice. The Court further orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for forty–five (45) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

                                                                                     _ : _
                                                    Initials of Deputy Clerk:  cw